B2500A (Form 2500A) (12/15)

## United States Bankruptcy Court

__Western__ District Of __New York__

In re __The Diocese of Buffalo, N.Y.__,   )   Case No. __20-10322__
            Debtor                                               )
                                                          )   Chapter __11__

__The Diocese of Buffalo, N.Y.__
            Plaintiff,

V.

The Continental Insurance Company, Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin), Wausau Underwriters Insurance Company, Selective Insurance Company of America (formerly known as Exchange Mutual Insurance Company), National Union Fire Insurance Company of Pittsburgh, PA, Fireman's Fund Insurance Company, Catholic Mutual Group, and The National Catholic Risk Retention Group,
           Defendants.

Adv. Proc. No. _____

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk: United States Bankruptcy Court
                                      Western District of New York
                                      2 Niagara Square
                                      Buffalo, New York 14202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

                Name and Address of Plaintiff's Attorney:

Stephen A. Donato, Esq., Charles J. Sullivan, Esq. and Brian J. Butler, Esq., Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, NY 13202
James R. Murray, Esq., Jared Zola, Esq. and Robyn L. Michaelson, Esq., Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020
James S. Carter, Esq., Blank Rome LLP, 1825 Eye Street NW, Washington, DC 20006

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                         _____
                                                                         (Clerk of the Bankruptcy Court)

Date: _____              By: _____ (Deputy Clerk)