UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.<br><br>        Debtor. | (Hon. Carl L. Bucki)<br><br>Chapter 11<br><br>Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, N.Y.<br><br>        Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN), WAUSAU UNDERWRITERS INSURANCE COMPANY, SELECTIVE INSURANCE COMPANY OF AMERICA (FORMERLY KNOWN AS EXCHANGE MUTUAL INSURANCE COMPANY), NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FIREMAN'S FUND INSURANCE COMPANY, CATHOLIC MUTUAL GROUP, AND THE NATIONAL CATHOLIC RISK RETENTION GROUP,<br><br>        Defendants. | Adversary Proceeding No. 20-1009 : |

**NOTICE OF APPEARANCE AND REQUEST FOR**
<u>**SERVICE OF ALL NOTICES AND DOCUMENTS**</u>

**PLEASE TAKE NOTICE** that Adam R. Durst, of Goldberg Segalla LLP., hereby appears as counsel in the above-captioned adversary proceeding for Employers Insurance Company of Wausau and Wausau Underwriters Insurance Company (collectively known as "Wausau"), a party-in-interest of The Diocese of Buffalo, N.Y. (the "Diocese" or the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "Bankruptcy Rules"), it is hereby requested that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on the following:

**GOLDBERG SEGALLA LLP**
665 Main Street.
Buffalo, New York 14203
(716) 844-3437
(716) 566-5401 (FAX)
Adam R. Durst, Esq.
adurst@goldbergsegalla.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, electronic mail, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any party in the adversary proceeding or creditor or party-in-interest in these cases case, including Wausau, with respect, but not limited, to (a) the Debtor, (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtor may seek to use;

2

Case 1-20-01009-CLB, Doc 84, Filed 05/04/20, Entered 05/04/20 11:25:31, Description: Main Document , Page 2 of 4

or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that Wausau intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Wausau to have final orders in non-core matters entered only after de novo review by the United States District Court for the Western District of New York (the "District Court"); (2) the right of Wausau to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Wausau to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wausau is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, or recoupments Wausau hereby expressly reserves.

Dated: May 4, 2020
      Buffalo, New York

**GOLDBERG SEGALLA LLP**

Counsel for Employers Insurance Company of Wausau and Wausau Underwriters Insurance Company

By: s/*Adam R. Durst*
    Adam R. Durst, Esq.
    665 Main Street
    Buffalo, New York 14203
    Phone: 716.844.3437
    Fax: 716.566.5401
    adurst@goldbergsegalla.com

3

Case 1-20-01009-CLB, Doc 84, Filed 05/04/20, Entered 05/04/20 11:25:31, Description: Main Document, Page 3 of 4

## CERTIFICATION OF SERVICE

I hereby certify that on May 4, 2020, a true and correct copy of the foregoing Notice of Appearance was served electronically through the Court's CMS/ECF System on *all parties having formally requested notice in these proceedings via CMS/ECF system* and by electronic mail to the following persons:

James I. Stang
Ilan D. Scharf
Steven W. Golden
PACHULSKI, STANG, ZIEHL & JONES LLP
Email: jstang@pszjlaw.com
ischarf@pszjlaw.com
sgolden@pszjlaw.com
*Attorneys for the Official Committee of Unsecured Creditors*

Scott J. Bogucki
GLEICHENHAUS, MARCHESE & WEISHAAR, PC
Email: sbogucki@gmwlawyers.com
*Attorneys for the Official Committee of Unsecured Creditors*

Garry M. Graber
HODGSON RUSS LLP
Email: ggraber@hodgsonruss.com
*Attorneys for M&T Bank*