UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re: The Diocese of Buffalo, N.Y.,
v.
The Continental Insurance Company, et. al.

Case No.: 1-20-01009-CLB
Chapter: Adv. Proc.

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that <u>Annette P. Rolain</u> Esq., of <u>Ruggeri Parks Weinberg LLP</u>, lead attorney of record for <u>The Continental Insurance Company</u> be changed, and that <u>Miranda Turner</u>, Esq., of <u>Crowell & Moring LLP</u>, be substituted in the place and stead of <u>Annette P. Rolain of Ruggeri Parks Weinberg LLP</u> as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:

1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2659
mturner@crowell.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: August 26, 2022

*signature*
Annette P. Rolain
Ruggeri Parks Weinberg LLP

Dated: 8/29/2022

*signature*
Miranda Turner
Crowell & Moring LLP

Dated: August 29, 2022

*signature*
Lisa Wilson, Vice President, Complex Commercial Claims, The Continental Insurance Company

Dated: _____

attysubform

8/2022