UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re: The Diocese of Buffalo, N.Y.,
v.
The Continental Insurance Company, et al.

Case No.: 1-20-01009-CLB
Chapter: Adv. Proc.

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that James P. Ruggeri Esq., of Ruggeri Parks Weinberg LLP, lead attorney of record for The Continental Insurance Company be changed, and that Mark D. Plevin, Esq., of Crowell & Moring LLP, be substituted in the place and stead of James P. Ruggeri of Ruggeri Parks Weinberg LLP as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:

Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 365-7446
mplevin@crowell.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: August 26, 2022

James P. Ruggeri
Ruggeri Parks Weinberg LLP

Dated: August 29, 2022

Mark D. Plevin
Crowell & Moring LLP

Dated: August 29, 2022

Lisa Wilson, Vice President, Complex Commercial Claims, The Continental Insurance Company

Dated: _____

attysubform

8/2022