

*Catalina J. Sugayan*
*312.635.6917*
*catalina.sugayan@clydeco.us*

*Robert E. Sweeney, Jr.*
*312.635.6978*
*robert.sweeney@clydeco.us*

December 19, 2023

United States Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

**FILED**
JAN – 2 2024
BANKRUPTCY COURT
BUFFALO, NY

Re:  **Notice of Change of Address for Clyde & Co (Chicago)**

Dear Clerk:

Catalina Sugayan and Robert Sweeney of the Chicago office of the Clyde & Co law firm filed appearances on behalf of Certain Underwriters at Lloyd's London in the following cases pending before this court:

Case 20-10322 (CLB)
In re: The Diocese of Buffalo, N.Y., Debtor

Case 21-01001 (CLB) –
All Sains Roman Catholic Church Society of Buffalo, et al. v. 21st Century Premier Insurance Company

Case 20-01009 (CLB)
The Diocese of Buffalo, N.Y., et al. v. The Continental Insurance Company, et al.

We write to advise the court that the Chicago office of Clyde & Co recently relocated to the following address:

> Clyde & Co
> 30 S. Wacker Drive
> Suite 2600
> Chicago, IL 60606
> (Our phone numbers and e-mail address remain the same)

We ask that you amend your records or let us know if further details are required.

Thank you.

December 19, 2023
United States Bankruptcy Court
  Western District of New York
Page 2

Sincerely,

**CLYDE & CO US LLP**

/s/ *Catalina J. Sugayan*

By: Catalina J. Sugayan

By: Robert E. Sweeney, Jr.